No. 66634.—Chicago Musical Instrument Co. et al. v. United States, protests 61/4429–11742, etc. (Chicago).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of sticks, in the rough, similar in all material respects

to those the subject of *Rico Products Co. et al.* v. *United States* (44 Cust. Ct. 100, C.D. 2159), the claim of the plaintiffs was sustained.